ROD DANIELSON, Chapter 13 Trustee
4361 Latham Street, Ste. 270
Riverside, CA  92501
(951) 826-8000   FAX (951) 826-8090

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

In re:

RAYMOND HERNANDEZ,

LUISA JASO HERNANDEZ,

Debtor(s).

Case No.: 6:09-bk-18667-DS
Chapter 13

STIPULATION MODIFYING PLAN

No hearing required

THE UNDERSIGNED HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The proposed modification of the Chapter 13 plan set forth at paragraph #2 below provides a fair and reasonable means of providing that the amount of the tax refunds pledged to the debtor's plan are submitted to the Trustee for distribution to creditors. The plan modification appears to have no adverse effect on any creditor, and in fact may benefit creditors by increasing the funds available to pay claims under the plan.

2. THE PLAN IS MODIFIED AS FOLLOWS: The state and federal tax refunds for 2009 total $4,985.00. The plan base is increased by the sum of $4,985.00. The plan payment amount is increased by $238.00 to $298.00 per month commencing with the payment due September 1, 2010.

Date: July 12, 2010

ROD DANIELSON, Chapter 13 Trustee

Date: 8/9/10

Debtor

Date: 8/4/10

Debtor

Date: 8/5/10

Attorney

**Signature of debtor(s) or of the attorney is acceptable. Review, sign and fax to Trustee at 951-826-8090