| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>Elizabeth A. Schneider, SBN 154471<br>4361 Latham Street, Suite 270<br>Riverside, CA  92501-1749<br>(951) 826-8000   FAX (951) 826-8090<br><br>☐ Attorney for<br>☒ Chapter 13 Trustee | ORIGINAL |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 6: 09-bk-18667-DS |
| In re:<br>RAYMOND HERNANDEZ and<br>LUISA JASO HERNANDEZ<br><br>Debtor(s). | TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR SUPPLEMENTAL FEES |

# AMENDED

The undersigned Chapter 13 Trustee, having reviewed the Application for Supplemental Fees (the "Application") filed on __08/31/10__ as docket entry number __#38__, provides the following response to the Application

☐  RECOMMENDED.

☒  RECOMMENDED on the following conditions:
Fees on opposition to dismissal motion (re: tax refunds) resolved without hearing by stipulation exceed customary rate for similar services.  **Recommendation: $500. Counsel may submit an order via LOU.**   ☐ See attached sheet.

☐  NOT RECOMMENDED for the following reasons:
_____
_____
_____ ☐ See attached sheet.

☐  NO POSITION TAKEN BY THE CHAPTER 13 TRUSTEE

☐  SET FOR HEARING.

Dated: __09/15/10__

_/s/ Rod_____
Chapter 13 Trustee

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

July 2008                                                                                                              F 3015-1.11

| In re:<br>HERNANDEZ | | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 6: 09-bk-18667-DS |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4361 Latham Street, Suite 270
Riverside, CA  92501-1749

The foregoing document described **TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR SUPPLEMENTAL FEES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 09/08/10, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

ecf@doanlaw.com                                              ☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 9-16-10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Raymond Hernandez; Luisa J. Hernandez; 5350 Coonen Drive; Riverside, CA  92503

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 9-16-10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

The Honorable Deborah J. Saltzman
U.S. Bankruptcy Court, Riverside Division
3420 Twelfth Street
Riverside, CA  92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | Susan Jones | *Susan Jones* |
|---|---|---|
| 9-16-10 | | |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                     F 9013-3.1